IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00137-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALBERT HANKERSON (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion for the return of seized property, pursuant to Fed. R. Crim. 41(g), (Doc. No. 126), and the government's response, (Doc. No. 150).

The defendant seeks the return of a "troy ounce gold ingot" seized at the time of his arrest. (Doc. No. 126: Motion at 1). The government states that after the filing of the motion, the investigating agency returned the item to the defendant. (Doc. No. 150: Response at 1).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 126), is **DISMISSED as moot**.

Signed: September 5, 2023

Robert J. Conrad, Jr.
United States District Judge